IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD B. SIMMONS,

    Petitioner,

vs.                                CIVIL ACTION NO.: CV210-045

ANTHONY HAYNES, Warden, and
ERIC HOLDER, JR., Attorney General,

    Respondents.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Simmons' Objections assert that the Magistrate Judge failed to consider the merits of his claim. Simmons reasserts the original arguments raised in his complaint, save for one issue—whether Simmons is entitled to relief based on the Supreme Court's holding in Watson v. United States, 522 U.S. 74 (2007).

If the Supreme Court "decides a case recognizing a new right, a federal prisoner seeking to assert that right will have one year from [the] Court's decision within which to file his § 2255 motion." Dodd v. United States, 545 U.S. 353, 358-59 (2005). Watson was decided in 2007. Simmons failed to raise a § 2255 claim within one year of that decision. Simmons failure to timely raise his Watson claim does not render the § 2255

remedy inadequate or ineffective; Simmons fails to satisfy the savings clause requirement of § 2255. The remainder of Simmons' Objections were sufficiently addressed in the Magistrate's Report.

Simmons' Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Simmons' Petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 27 day of October, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA